FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2020

No. 04-20-00202-CV

**MUSCULOSKELETAL IMAGING CONSULTANTS, LLC**
Appellant

v.

**JAR ENTERPRISES, INC.** d/b/a Premier Medical Imaging,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-12957
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

The Appellee's Second Motion for Extension of Time to File Brief is hereby GRANTED. Appellee's Brief is due October 23, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court

